PAUL M. WARNER, United States Attorney (#3389)
BARBARA BEARNSON, Assistant United States Attorney (#3986)
CY H. CASTLE, Special Assistant United States Attorney (#4808)
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah 84111-1506
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | REQUEST FOR ISSUANCE OF ARREST WARRANT |
| Plaintiff, | : | |
| vs. | : | Case No. 2:05CR00202PGC |
| SHELBY ELIZABETH NICHOLS, | : | |
| Defendant. | : | |

Plaintiff, United States of America, requests the Court to issue an arrest warrant for Defendant Shelby Elizabeth Nichols.

In support of this request, the government represents as follows:

1.  On March 17, 2005, Postal Inspector Randy Griffin met with and interviewed the Defendant at her apartment at the Matador Apartments, 1550 East Thunderbird #2051, Phoenix, Arizona.  At the time, she was living at the apartment with her son, and parents, Vernon and Barbara Brown.

2.   On March 31, 2005, the Defendant was indicted on one count of Concealment of Assets, one count of Fraudulent Transfer, three counts of False Bankruptcy Declaration, three counts of False Bankruptcy Documents and one count of False Bankruptcy Oath.

3.   On April 19, 2005, a Summons in a Criminal Case was issued by this Court for the Defendant to answer the charges in the indictment. The Summons required the Defendant to appear at the Frank E. Moss Courthouse, Room 477, on Tuesday, May 17, 2005 at 9:00 a.m.

4.   On April 20, 2005, the U.S. Marshals Service for the District of Utah mailed the Summons to the Defendant by certified mail at the address of 1550 East Thunderbird #2051, Phoenix, Arizona.

5.   The Summons was returned to the Marshals Service on May 5, 2005 with the notation "MLNA" written on the enveloped addressed to the Defendant. The Post Office used this notation to indicate that the Defendant had moved and left no address.

6.   Postal Inspector Griffin has spoken to the supervisor for the letter carrier for the 1550 East Thunderbird, Phoenix, Arizona address. The supervisor has informed him that when the letter carrier went to deliver the Summons, a man answered the door. This man told the letter carrier that the Defendant no longer lived at the address and he did not know where she was.

7. On May 19, 2005, Postal Inspector Griffin spoke with Phyllis Minzer, Assistant Property Manager for the Matador Apartments. She informed Postal Inspector Griffin that the family living in apartment #2050 had moved the first week of May 2005 and had left no forwarding address.

8. Postal Inspector Griffin has no additional information as to whereabouts of the Defendant.

Dated this 2nd day of June, 2005.

> PAUL M. WARNER
> United States Attorney
>
> _____
> CY H. CASTLE
> Special Assistant U.S. Attorney