# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Shelby Elizabeth Nichols**

**WARRANT FOR ARREST**

FILED
U.S. DISTRICT COURT
2009 AUG 24 P 4: 52
DISTRICT OF UTAH
BY: DEPUTY CLERK

CASE NUMBER: 2:05-cr-00202-PGC

ORIGINAL

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **SHELBY ELIZABETH NICHOLS**
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  [X] Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Concealment of Assets, Fraudulent Transfer, False Bankruptcy Declaration, False Bankruptcy Documents, False Bankruptcy Oath**

in violation of  18:152(1), 18:152(7), 18:152(3), 18:1519, 18:152(2)    United States Code.

Markus B. Zimmer
Name of Issuing Officer

[signature]
Signature of Issuing Officer

By: Aaron Paskins
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

June 7, 2005 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/7/05 | Dsn Rssn | [signature] |
| DATE OF ARREST 8/21/09 | | |