BRETT L. TOLMAN, United States Attorney (#8821)
BARBARA BEARNSON, Assistant United States Attorney (#3986)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:05CR00202 DB |
| Plaintiff, | : | |
| vs. | : | MOTION TO WITHDRAW COUNSEL |
| SHELBY ELIZABETH NICHOLS, | : | |
| Defendant. | | Hon. Dee Benson |

_____

The United States Attorney, by and through the undersigned Assistant United States Attorney, hereby request that Barbara Bearnson's name be terminated from the above referenced case. Barbara Bearnson is no longer associated with the case.

Dated this 1st day of September, 2009.

BRETT L. TOLMAN
United States Attorney

*/s/ Barbara Bearnson*
_____
BARBARA BEARNSON
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Motion to Withdraw a Counsel was mailed postage prepaid, delivered through interoffice mail or electronically filed to all parties named below, this <u>1st</u> day of September, 2009.

Benjamin C. McMurray
Assistant Federal Defender
Utah Federal Defender Office
American Towers Plaza
46 West Broadway, Suite 110
Salt Lake City, Utah 84101

<u>/s/ Cindy L. Dobyns</u>
Legal Assistant